## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS P. MARTINEZ,                    No. CIV S-07-2399-LKK-CMK-P

    Plaintiff,

  vs.                                           ORDER

C.F. FINN, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2007, the court found that service of plaintiff's complaint was appropriate for defendants Finn, Olivas, Manabe, Pratt, Daniels, Nowling, and Reyes. The court directed plaintiff to submit, within 30 days, one completed summons, seven USM-285 forms, and eight copies of his complaint. Plaintiff was forwarded a blank summons, seven blank USM-285 forms, and a copy of his complaint. On January 11, 2008, plaintiff submitted a notice of submission of documents indicating that he was not submitting a completed summons and only four copies of the complaint. Plaintiff will be required to submit the remaining documents before the court will direct service by the United States Marshal. Plaintiff is cautioned that further failure to comply with the court's orders may result in dismissal of this action.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Within 30 days of the date of this order, plaintiff shall complete the attached notice of submission of documents and submit a completed summons and four additional copies of his complaint; and

3     2. The Clerk of the Court is directed to send plaintiff one summons form.

DATED: January 18, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 | THOMAS P. MARTINEZ,                    No. CIV S-07-2399-LKK-CMK-P

11 |         Plaintiff,

12 |     vs.

13 | C.F. FINN, et al.,

14 |         Defendants.

15

16 | _____/

17 |                    NOTICE OF SUBMISSION OF DOCUMENTS

18

19          Plaintiff hereby submits the following documents in compliance with the court's
20 | order:
21          __1__        completed summons form; and
22          _____        copies of the complaint.
23
24 | DATED: _____                    _____
                                                              Plaintiff
25
26

3